```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/7/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RACHEL ISAAC-MENARD,

        Plaintiff,

-against-

ADELPHI UNIVERSITY and VIOLETA ILIK,

        Defendants.

23-CV-2322 (CM) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    This case has been referred to me by the Hon. Colleen McMahon for the resolution of discovery disputes. (Dkt. 24.) The Court has reviewed plaintiff's letter to Judge McMahon dated December 5, 2023 (Dkt. 23) advising the Court of a discovery dispute, but not explaining further. The parties must familiarize themselves with my Individual Practices and raise any dispute promptly in compliance with Local Civil Rule 37.2 and Moses Ind. Prac. § 2(b). Responsive briefing must comply with Moses Ind. Prac. § 2(e).

    It is the Court's practice to decide discovery disputes at the Rule 37.2 conference, based on the parties' letters, unless a party shows good cause why more formal briefing should be required.

Dated: New York, New York
       December 7, 2023

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**