USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/29/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RACHEL ISAAC-MENARD,

            Plaintiff,

-against-

ADELPHI UNIVERSITY and VIOLETA ILIK,

           Defendants.

23-CV-2322 (CM) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has reviewed plaintiff's letter application (Dkt. 29) seeking an order compelling defendants to supplement their responses to plaintiff's interrogatories and document requests. Defendants' response was due no later than February 28, 2024. *See* Moses Ind. Prac. § 2(e). That date has come and gone yet defendants have not filed a response. Consequently, defendants' deadline to respond is EXTENDED to no later than **March 1, 2024.**

Dated: New York, New York
         February 29, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**