```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/4/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RACHEL ISAAC-MENARD,

        Plaintiff,

-against-

ADELPHI UNIVERSITY and VIOLETA ILIK,

        Defendants.

23-CV-2322 (CM) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**

    The Court has received plaintiff's letter-motion (Dkt. 29) and defendants' response and cross letter-motion (Dkt. 31). Judge Moses will hold a discovery conference on **March 18, 2024, at 11:00 a.m.,** in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. Ahead of the conference, counsel for the parties shall meet and confer in good faith and in "real time" (e.g., in person or by telephone) for at least 30 minutes, in an attempt to resolve their dispute. No later than **March 14, 2024**, the parties shall file a joint reply letter, signed by both counsel for both parties, affirming that they met and conferred in real time, and outlining – succinctly – what issues remain.

    The parties are reminded that it is the Court's practice to decide discovery disputes at the conference, based on the parties' letters and such argument as may be presented at the conference.

Dated: New York, New York
       March 4, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**