UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RACHEL ISAAC-MENARD,

        Plaintiff,

  -against-

ADELPHI UNIVERSITY and VIOLETA ILIK,

        Defendants.

23-CV-2322 (CM) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**

    For the reasons stated on the record during today's discovery conference, plaintiff's letter-motion (Dkt. 29) is GRANTED IN PART and defendants' cross letter-motion (Dkt. 31) is GRANTED IN PART, as follows.

    1.    **Plaintiff's Discovery Requests.** Defendants shall answer plaintiff's Interrogatories No. 8, 9, 13, 14, 15, and 23, as narrowed/revised on the record of the conference. Defendants shall produce all non-privileged documents responsive to plaintiff's Requests for Production (RFPs) No. 31 and 49, as written. Defendants shall serve updated written responses, in accordance with Fed. R. Civ. P. 34(b)(2), and produce all non-privileged documents responsive to plaintiff's RFPs No. 27, 28, 29, 30, 39, 45, 46, 47, and 54, as narrowed/revised on the record. Plaintiff's motion is denied as to RFPs No. 32, 38, 40, 41, 42.

    2.    **Defendants' Discovery Requests.** Plaintiff shall answer defendants' Interrogatory No. 12 as narrowed/revised on the record. Plaintiff shall serve updated written responses, in accordance with Rule 34(b)(2), and produce all non-privileged documents responsive to defendants' RFPs No. 17 and 35 as narrowed/revised on the record.

3. **Authorizations**. Plaintiff shall promptly provide the authorizations defendants requested with respect to her medical and pharmaceutical records.

4. **Fact Discovery Deadlines.** The parties shall serve the interrogatory answers required by this Order no later than **April 15, 2024**. They shall serve their updated written RFP responses, produce the required documents, and serve their privilege logs (if any documents have been withheld for privilege) no later than **April 29, 2024**. All fact discovery, including fact depositions, shall be completed no later than **June 14, 2024.**

5. **Expert Discovery Deadlines.** Disclosure of expert evidence by plaintiff, including the identities and written reports of experts, as required by Fed. R. Civ. P. 26(a)(2)(A), (B), or (C), shall be made no later **July 1, 2024**. Disclosure of expert evidence by defendants, including the identities and written reports of experts, as required by Fed. R. Civ. P. 26(a)(2)(A), (B), or (C), shall be made no later than **August 1, 2024**. The parties shall complete depositions of experts no later than **August 15, 2024**, which will be the close of all discovery.

6. **Status Conference.** Judge Moses will conduct a status conference on **June 20, 2024, at 10:00 a.m.** No later than **June 17, 2024**, the parties shall submit a joint status letter outlining the progress of discovery to date, as well as any settlement efforts. If no controversies exist at that time, the parties may request that the conference be held telephonically.

7. **Joint Pretrial Order.** The parties' proposed joint pretrial order shall be filed no later than **September 16, 2024**, and shall conform to the district judge's individual practices.

All relief not expressly granted herein is DENIED.

The Clerk of Court is respectfully instructed to close the motion at Dkt. 29.

Dated: New York, New York　　　　　　**SO ORDERED**.
　　　　March 18, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**BARBARA MOSES**
　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**