In light of the parties' representation that they no longer require the Court's assistance in finalizing their settlement agreement, the conference scheduled for June 11, 2024, is hereby ADJOURNED *sine die*. **SO ORDERED.**

**Barbara Moses**
**United States Magistrate Judge**
**June 10, 2024**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/10/2024_

# MEMO ENDORSED

June 7, 2024

<u>**Via ECF**</u>
The Honorable Barbara Moses
United States Magistrate Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 740
United States Courthouse
New York, NY 10007

      **Re:**   *Isaac-Menard v. Adelphi University et al*
              23-cv-2322 (CM) (BCM)

Dear Magistrate Judge Moses:

     This office represents the defendants, Adelphi University and Violeta Ilik (collectively, "Defendants"), in the above-referenced matter. We submit this letter motion, jointly with counsel for Plaintiff, pursuant to paragraph 6 of Your Honor's Order Scheduling Settlement Conference (ECF No. 48), requesting an adjournment *sine die* of the settlement conference scheduled for June 11, 2024.

     As the parties have previously advised, an agreement in principle has been reached and the parties are in the process of finalizing a formal written agreement with all terms. Very few issues remain outstanding and the parties anticipate being able to reach a final agreement on all terms shortly without the need for the assistance of a settlement conference. Accordingly, the parties respectfully request that the settlement conference scheduled for June 11, 2024 with Your Honor be adjourned *sine die* to afford the parties a brief additional period to finalize their settlement terms. The parties respectfully request the opportunity to request a new date for the settlement conference if our progress toward reaching a final settlement hits an impasse.

     This is the parties' first request for an adjournment of the settlement conference. Plaintiff's counsel joins in this application. No other deadlines will be affected by this adjournment.

Hon. Barbara Moses
June 7, 2024
Page 2


      We thank you for your time and consideration of this matter.

              Respectfully,

              GORDON REES SCULLY MANSUKHANI, LLP


              *Eric Dawson*

              Eric Dawson